*In the matter of Silas Ingraham, a creditor of the firms of Ingraham, Bolles & Ingraham, and Ingraham & Case.* J.

WILKINSON, for petitioner ; O. L. BARBOUR, for H. G. Harrison. Petition by S. Ingraham, a stranger to the suit of H. G. Harrison v. Jonas Ingraham and D. Bolles, to have a demand which he has against a firm in which the defendants were partners, paid out of the funds in the hands of the receiver in that cause. The chancellor denied the application, with $12 costs ; on the ground that the court has no jurisdiction to interfere in this summary way, even if the petitioner had a preferable claim to the funds in question. That if he had any equitable claim to any funds which are affected by the decree, he should file a bill in this court making the complainants and the several members of the firm defendants. But that he would not be in a situation to file such a bill until he had exhausted his remedy at law against his debtors, by judgment and execution.

<div style="float:right">Petition for payment of a debt out of a fund in the hands of a receiver.</div>

